# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

145932

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

EDWARD RAMIE DUNN,
      Plaintiff-Appellant,

v

    SC: 145932
    COA: 309214
    Muskegon CC: 12-048251-AA

WEST SHORELINE CORRECTIONAL
FACILITY WARDEN,
      Defendant-Appellee.

_____/

    On order of the Court, the application for leave to appeal the August 28, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

h0325